B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Maryland

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Langermann's of Baltimore, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>26-3553109 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2400 Boston Street<br>Baltimore, MD<br>ZIP Code 21224 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Baltimore City | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Langermann's of Baltimore, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>      Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Langermann's of Baltimore, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ Stephen L. Prevas
Signature of Attorney for Debtor(s)

 Stephen L. Prevas 01678
Printed Name of Attorney for Debtor(s)

 Prevas and Prevas
Firm Name

 American Building, Suite 702
 231 East Baltiomre Street
 Baltimore, MD 21202
Address

                Email: prevasandprevas@verizon.net
 410-752-2340  Fax: 410-332-0474
Telephone Number

 May 20, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Mark Lasker
Signature of Authorized Individual

 Mark Lasker
Printed Name of Authorized Individual

 Member
Title of Authorized Individual

 May 20, 2015
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   Langermann's of Baltimore, LLC                                     Case No.
                                    Debtor(s)                              Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Acme Paper & Supply Co., Inc.<br>8229 Sandy Court<br>PO Box 422<br>Savage, MD 20763 | Acme Paper & Supply Co., Inc.<br>8229 Sandy Court<br>PO Box 422<br>Savage, MD 20763 | | | 3,959.25 |
| Alsco<br>30 McCullough Drive<br>New Castle, DE 19720 | Alsco<br>30 McCullough Drive<br>New Castle, DE 19720 | | | 3,670.78 |
| American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | | | 34,153.80 |
| Belair Produce<br>7225 Parkway Drive<br>Hanover, MD 21076 | Belair Produce<br>7225 Parkway Drive<br>Hanover, MD 21076 | | | 20,946.88 |
| BGE<br>PO Box 13070<br>Philadelphia, PA 19101 | BGE<br>PO Box 13070<br>Philadelphia, PA 19101 | | | 12,674.90 |
| Bogman, Inc.<br>12301 Old Columbia Pike<br>Suite 20<br>Silver Spring, MD 20904 | Bogman, Inc.<br>12301 Old Columbia Pike<br>Suite 20<br>Silver Spring, MD 20904 | | | 2,218.39 |
| Can Capital<br>2015 Vaughn Road<br>Kennesaw, GA 30144 | Can Capital<br>2015 Vaughn Road<br>Kennesaw, GA 30144 | | | 108,822.25 |
| Comptroller of Maryland<br>301 West Preston Street<br>Room 200<br>Baltimore, MD 21201 | Comptroller of Maryland<br>301 West Preston Street<br>Room 200<br>Baltimore, MD 21201 | | | 127,367.08 |
| David McGill<br>2400 Boston Street<br>Baltimore, MD 21224 | David McGill<br>2400 Boston Street<br>Baltimore, MD 21224 | | | 51,621.57 |
| DHCD/Neighborhood Works<br>12301 Old Columbia Parkway<br>Silver Spring, MD 20904 | DHCD/Neighborhood Works<br>12301 Old Columbia Parkway<br>Silver Spring, MD 20904 | Tangible and Intangible Personal Property | | 256,313.24<br>(25,000.00 secured)<br>(20,802.03 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re   Langermann's of Baltimore, LLC                                  Case No.
                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Bankruptcy Correspondence<br>Kansas City, MO 64999 | Internal Revenue Service<br>Bankruptcy Correspondence<br>Kansas City, MO 64999 | | | 100,000.00 |
| Mr. & Mrs. Lasker<br>552 University Parkway<br>Baltimore, MD 21201 | Mr. & Mrs. Lasker<br>552 University Parkway<br>Baltimore, MD 21201 | | | 70,283.12 |
| Opentable, Inc.<br>PO Box 671198<br>Dallas, TX 75267 | Opentable, Inc.<br>PO Box 671198<br>Dallas, TX 75267 | | | 2,128.76 |
| ProFish<br>1900 Fenwick Street NE<br>Washington, DC 20002 | ProFish<br>1900 Fenwick Street NE<br>Washington, DC 20002 | | | 5,495.76 |
| Revere Line of Credit<br>319 Main Street<br>Laurel, MD 20707 | Revere Line of Credit<br>319 Main Street<br>Laurel, MD 20707 | | | 115,000.00 |
| Revere Loan<br>319 main Street<br>Laurel, MD 20707 | Revere Loan<br>319 main Street<br>Laurel, MD 20707 | | | 110,362.74 |
| Rite Way Valet<br>20 Crossroads Drive<br>Suite 215<br>Owings Mills, MD 21117 | Rite Way Valet<br>20 Crossroads Drive<br>Suite 215<br>Owings Mills, MD 21117 | | | 2,490.00 |
| Rosebud Entertainment<br>1966 Greenspring Drive<br>`Lutherville Timonium, MD 21093 | Rosebud Entertainment<br>1966 Greenspring Drive<br>`Lutherville Timonium, MD 21093 | | | 1,870.00 |
| Sysco<br>PO Box 1099<br>Jessup, MD 20794 | Sysco<br>PO Box 1099<br>Jessup, MD 20794 | | | 14,933.12 |
| Wedding 411<br>19912 Quiet Valley Court<br>Parkton, MD 21120 | Wedding 411<br>19912 Quiet Valley Court<br>Parkton, MD 21120 | | | 1,860.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   May 20, 2015                              Signature   /s/ Mark Lasker
                                                             Mark Lasker
                                                             Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re: Langermann's of Baltimore, LLC, Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David McGill<br>7407 Jeans Way<br>Ellicott City, MD 21043 | Member | | 25% |
| Jini Chung<br>2914 East Pratt Street<br>Baltimore, MD 21224 | Member | | 25% |
| Mark Laaker<br>121 East Monument Street<br>Apartment C<br>Baltimore, MD 21202 | Member | | 25% |
| Neal Langerman<br>4022 Wharton Turn<br>Bowie, MD 20715 | Member | | 25% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 20, 2015

Signature  /s/ Mark Lasker
Mark Lasker
Member

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re   Langermann's of Baltimore, LLC                                 Case No.
                                    Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: May 20, 2015                         /s/ Mark Lasker
                                           Mark Lasker/Member
                                           Signer/Title

Accurate Terminte & Pest Control
8000 Phildelphia Road
Rosedale, MD 21237


Acme Paper & Supply Co., Inc.
8229 Sandy Court
PO Box 422
Savage, MD 20763


Alsco
30 McCullough Drive
New Castle, DE 19720


American Express
PO Box 360001
Fort Lauderdale, FL 33336


Auto Chior
8912 Yellow Brick Road
Rosedale, MD 21237


Bacchus Importers, Ltd.
1817 Portal Street
Baltimore, MD 21224


Bakery De Frace
603-606 Dover Road
Rockville, MD 20850


Belair Produce
7225 Parkway Drive
Hanover, MD 21076


BGE
PO Box 13070
Philadelphia, PA 19101

```
Bogman, Inc.
12301 Old Columbia Pike
Suite 20
Silver Spring, MD 20904


Can Capital
2015 Vaughn Road
Kennesaw, GA 30144


Capital Seaborard
8005 Rappehannock Avenue
Jessup, MD 20794


Carbo Mix Dispensers of MD, Inc.
PO Box 566
Beltsville, MD 20704


Cintas Corporation
PO Box 9188
Dundalk, MD 21222


Coakley Insurance
1816 Aliceanna Street
Baltimore, MD 21224


Coastal Sunbelt Produce Co.
8704 Boltman Place
Savage, MD 20763


Comcast
5801 Metro Drive
Baltimore, MD 21215


Comptroller of Maryland
301 West Preston Street
Room 200
Baltimore, MD 21201
```

Corporation Service Comjany
PO Box 2576
Springfield, IL 62708


David McGill
2400 Boston Street
Baltimore, MD 21224


DHCD/Neighborhood Works
12301 Old Columbia Parkway
Silver Spring, MD 20904


Fishbowl


FSG


Gibraltar Capital Advance, LLC
400 Skokie Boulevard
Suite 375
Northbrook, IL 60062


Great falls Ice Cream
2301 Distirbution Circle
Silver Spring, MD 20910


H.C. Walterhoefer, Inc.
2331 Washington Boulevard
Baltimore, MD 21230


Hoppin Johns Stone Ground Grits

Internal Revenue Service
Bankruptcy Correspondence
Kansas City, MO 64999


Legends
8901 Yellow Brick Road
Rosedale, MD 21237


Martin's Famous Pastery Shoppe
1000 Potato Roll Lane
Chambersburg, PA 17202


Mr. & Mrs. Lasker
552 University Parkway
Baltimore, MD 21201


Opentable, Inc.
PO Box  671198
Dallas, TX 75267


Pine Heights Commercial Kitchen Service
2900 West Patapsco Avenue
Baltimore, MD 21230


Planet Cotton
8001 Cessna Avenue
Gaithersburg, MD 20879


Preferred Elevator Company
4 Nashua Court
Essex, MD 21221


ProFish
1900 Fenwick Street NE
Washington, DC 20002

Reliable Churchill
7621 Energy Parkway
Curtis Bay, MD 21226


Revere Line of Credit
319 Main Street
Laurel, MD 20707


Revere Loan
319 main Street
Laurel, MD 20707


Reward's Network
2 N. Riverside Plaza
Chicago, IL 60606


Rite Way Valet
20 Crossroads Drive
Suite 215
Owings Mills, MD 21117


Rosebud Entertainment
1966 Greenspring Drive
`Lutherville Timonium, MD 21093


Royal Cup, Inc.
PO Box 170971
Birmingham, AL 35217


Smith Island Baking Co.
39 East Dover Street
Easton, MD 21601


Southern Wine & Spirits
7001-B Quad Avenue
Rosedale, MD 21237

```
Sysco
PO Box 1099
Jessup, MD 20794



the Country6 Vintner, LLC
PO Box 1540
Ashland, VA 23005



Vidi Cutlery, Inc.
PO Box 312
Woodbine, MD 21797



Wedding 411
19912 Quiet Valley Court
Parkton, MD 21120
```

# United States Bankruptcy Court
## District of Maryland

In re   Langermann's of Baltimore, LLC
Debtor(s)

Case No.
Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Langermann's of Baltimore, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 20, 2015
Date

/s/ Stephen L. Prevas
Stephen L. Prevas 01678
Signature of Attorney or Litigant
Counsel for   Langermann's of Baltimore, LLC
Prevas and Prevas
American Building, Suite 702
231 East Baltiomre Street
Baltimore, MD 21202
410-752-2340 Fax:410-332-0474
prevasandprevas@verizon.net